

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2020

No. 04-19-00812-CV

Ken **KINSEY** and Arty Straehla,
Appellants

v.

**AL GLOBAL SERVICES, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Appellant's Motion for Rehearing is due September 30, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court